DATE: Dec. 15, 2015

71,370-01

FROM: IVAN JOSE MANZANO
TDCJ-ID # 1426493
ESTELLE UNIT 2, 264 FM 3478
HUNTSVILLE, TX., 77320-3322

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 22 2015

Abel Acosta, Clerk

TO: TEXAS CRIMINAL COURT OF APPEALS
P.O. BOX 12308
CAPITOL STATION, AUSTIN TEXAS 78711

Re: WRIT NO. WR-71,370-01

Clerk,

According to a white cand that was sent to me on June 5, 2009 the case above mentioned was ordered by this count to be remanded but! Today's day December 15, 2015 I am still confined within the Estelle Unit walls and I would like to know how it can be happening.

THANK.